Company. W. E. Weaver, for appellant. J. V. Bouvier, Jr., for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

---

GRAND LODGE, K. P., Respondent, v. MYERS, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by the Grand Lodge, Knights of Pythias, etc., against John E. Myers, etc. No opinion. Order affirmed, with $10 costs and disbursements.

---

GRANULATOR SOAP CO., Appellant, v. HADDOW, Respondent. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Granulator Soap Company against William Haddow.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 144 App. Div. 911, 128 N. Y. Supp. 1125.

BURR, J., not voting.

---

GREGORY et al., Respondents, v. BIJOU THEATER CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by John H. Gregory and another against the Bijou Theater Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 140 App. Div. 886, 124 N. Y. Supp. 1116.

---

GRIEM, Respondent, v. PERKINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Henry H. Griem against Joel Perkins.

PER CURIAM. Order reversed, with $10 costs and disbursements and motion denied, and case restored to the trial calendar. Held, that the counterclaim setting up a lien was proper, and entitles the appellant to a new trial in the county court as demanded in his notice of appeal.

ROBSON, J., dissents.

---

GRIFFITH, Appellant, v. LONG ISLAND R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Jennie A. Griffith, as administratrix, etc., against the Long Island Railroad Company and another. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs. For former opinion, see 132 N. Y. Supp. 641.

---

GUILFOYLE, Respondent, v. McDERMOTT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Margaret Guilfoyle, as administratrix, etc., of James Guilfoyle, deceased, against Charles McDermott and Clifford Lewis, Jr., receivers of the McDermott Contracting Company.

PER CURIAM. Judgment and order affirmed with costs.

SPRING and ROBSON, JJ., dissent, on the ground that the method used was safe.

---

HABENICHT, Respondent, v. HENCKEN & WILLENBROCK CO., Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Frederick Habenicht against the Hencken & Willenbrock Company. M. A. Schenck, for appellant. H. O. Smyth, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

---

In re HAGGERTY'S WILL. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) In the matter of the probate of the last will and testament of Ellen Haggerty, deceased.

PER CURIAM. This motion will be held open for two days further, inasmuch as appellant's attorney has not complied with the rule heretofore called to his attention, in that he has not filed any affidavit showing merits. See, also, 133 N. Y. Supp. 345; infra.

---

In re HAGGERTY'S WILL. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) In the matter of the last will and testament of Ellen Haggerty, deceased.

PER CURIAM. Motion denied, on condition that appellant pay $10 costs, perfect her appeal with due diligence, place the cause upon the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 133 N. Y. Supp. 345; supra.

---

In re HAGGERTY'S WILL. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) In the matter of the last will and testament of Ellen Haggerty, deceased. No opinion. Appeal dismissed by default, with costs. See, also, 133 N. Y. Supp. 345; supra.

---

HAGGLUND, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Edward Hagglund against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and FOOTE, J., dissent, upon the ground that the plaintiff was guilty of contributory negligence as matter of law.